IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE HINDSMAN | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 17-3612 |
| NANCY A. BERRYHILL | : |

## ORDER

**AND NOW**, this 24th day of September 2018, upon considering the administrative record (ECF Doc. No. 9), Plaintiff's request for review (ECF Doc. No. 3), Defendant's Answer (ECF Doc. No. 8), Plaintiff's Motion for summary judgment (ECF Doc. No. 13), Defendant's Response (ECF Doc. No. 14), Plaintiff's Reply (ECF Doc. No. 17), the Honorable Marilyn Heffley's August 30, 2018 Report and Recommendation (ECF Doc. No. 19), Plaintiff's objections to Judge Heffley's Report and Recommendation (ECF Doc. No. 20), Defendant's Response to Plaintiff's objections (ECF Doc. No. 22), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Heffley's comprehensive Report and Recommendation (ECF Doc. No. 19);

2. We **DENY** Plaintiff's Motion for summary judgment (ECF Doc. No. 13);

3. We **OVERRULE** Plaintiff's objections (ECF Doc. No. 20);

4. We enter **JUDGMENT** in favor of the Acting Commissioner of Social Security; and,

5. The Clerk of the Court shall **close** this case.

_____
KEARNEY, J.